91 A.3d 1232

Dwayne JONES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 34 EM 2014.

Supreme Court of Pennsylvania.

May 7, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of May, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid filings improper). The Prothonotary is directed to forward the filings to counsel of record.